Matthew G. Jacobs
Downey Brand LLP
555 Capitol Mall, 10th Floor
Sacramento, CA 95814
(916) 444-1000

## UNITED STATES DISTRIC COURT, EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | S-02-0079-FCD |
| v. | |
| DARRA PANTHAKY and WESLEY SINE | |
| Defendant(s). | **SUBSTITUTION OF ATTORNEY** |

__Wesley Sine__   [ ] Plaintiff   [X] Defendant   [ ] Other _____
*Name of Party*

hereby substitutes ___DLA Piper Rudnick Gray Cary LLP___ who is
*Street Address*

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] In Pro Per   __400 Capitol Mall, Ste., 2400__
*Street Address*

__Sacramento, CA 95814__   __(916) 930-3200__   __(916) 930-3201__   __122066__
*City, State, ZIP Code*   *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in place and stead of   __Downey Brand LLP__
*Present Attorney*

Dated: __June 17, 2005__                    /s/ Wesley Sine (Original signature retained by Matthew Jacobs)
                                             *Signature of Party*
                                             Wesley Sine

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: __June 17, 2005__                    /s/ Rhonda C. Canby
                                             *Signature of Present Attorney*
                                             Downey Brand LLP

I am duly admitted to practice in the District pursuant to Local Rule 83-2-8.

Dated: __June 20, 2005__                    /s/ Matthew G. Jacobs
                                             *Signature of New Attorney*
                                             DLA Piper Rudnick Gray Cary LLP

Substitution of Attorney is hereby granted.   [ ] **Approved.**   [ ] **Denied.**

Dated: __June 24, 2005__                    /s/ Frank C. Damrell Jr.
                                             **United States District Judge**

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile or e-mail address. This form, as well as information about the Optical Scanning Program is available on the Court's website at* www.csed.uscourts.gov.

## SUBSTITUTION OF ATTORNEY