MATTHEW G. JACOBS (Bar No. 122066)
JEAN M. HOBLER (Bar No. 214106)
DLA PIPER RUDNICK GRAY CARY US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Defendant
WESLEY SINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DARRA N. PANTHAKY and WESLEY SINE,<br><br>    Defendants. | CASE NO. S-02-0079-FCD<br><br>**ORDER EXONERATING BOND** |

By order of this Court, defendant Wesley Sine was released on bail pending sentencing. On August 5, 2005, Mr. Sine reported to the United States District Court for the Eastern District for entry of judgment and sentencing. On that date, judgment was entered, a sentence was imposed, and Mr. Sine was remanded, having complied with the terms and conditions of his release.  Good cause appearing therefore,

IT IS HEREBY ORDERED THAT the bond is exonerated in this case.  The Clerk of the Court for the Eastern District of California is further ordered to immediately reconvey any deeds of trust and/or property encumbrances securing Mr. Sine's release, specifically including any trust or encumbrance on the following properties:

447-449 East Williams Avenue
Salt Lake City, UT 84103

824 Terrace Hill Drive
Salt Lake County, UT 84103

and

-1-

SA\8056491.1
358279-1

420 E. South Temple Street
Salt Lake City, UT  84111

    The Clerk of the Court is further ordered to release Mr. Sine's passport.

    IT IS SO ORDERED.

Dated: August 9, 2005    /s/ Frank C. Damrell Jr.
                                 HONORABLE FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE

DLA PIPER RUDNICK
GRAY CARY US LLP

SA\8056491.1
358279-1