MATTHEW G. JACOBS (Bar No. 122066)
JEAN M. HOBLER (Bar No. 214106)
DLA PIPER RUDNICK GRAY CARY US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Defendant
WESLEY SINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DARRA N. PANTHAKY and WESLEY SINE,<br><br>　　　　Defendants. | CASE NO. S-02-0079-FCD<br><br>**ORDER RELIEVING COUNSEL OF RECORD FOR DEFENDANT WESLEY SINE** |

　　　　Good cause appearing therefore, it is now ordered that Matthew G. Jacobs, Jean M. Hobler, and DLA Piper Rudnick Gray Cary US LLP are hereby relieved as counsel of record for defendant Wesley Sine.

IT IS SO ORDERED.

Dated: August 22, 2005

/s/ Frank C. Damrell Jr.
HONORABLE FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-1-

SA\8056435.2
358279-1