UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

WESLEY F. SINE,

        Defendant.

NO. CR. S-02-0079 FCD

ORDER

----oo0oo----

On July 24, 2006, this court received defendant's motion for release pending determination of movant's petition and the Government's opposition on August 1, 2006.

After review of all briefing the court hereby DENIES the defendant's motion.

IT IS SO ORDERED.

DATED: August 2, 2006.

                              /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL, Jr.
                              UNITED STATES DISTRICT JUDGE