IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                      No. CR S-02-0079 FCD GGH P

  vs.

WESLEY SINE,

    Movant.                        <u>ORDER</u>

_____/

        The court notes that oral argument has been calendared on defendant Sine's appeal for September 11, 2006. In light of the July 17, 2006 letter filed by the United States Attorney, the court's order for the United States to file an answer to what was deemed a 28 U.S.C. § 2255 motion is vacated. Further orders will be issued subsequent to the decision of the Ninth Circuit on appeal. Counsel for the United States shall notify the undersigned when an appellate decision is reached.

DATED: 9/8/06                              /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

sine0079.vac

1