IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. CR S-02-0079 FCD GGH P

    vs.

WESLEY SINE,

    Movant.                      <u>ORDER</u>

_____/

        On June 5, 2006, movant filed a "writ of error coram nobis." On June 9, 2006, respondent filed an opposition to the writ on grounds that 28 U.S.C. § 2255 provides the exclusive method of collateral attack for defendants in custody based on a federal conviction.

        On July 11, 2006, the court issued an order construing movant's writ as a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255, and ordered respondent to file a response. On September 8, 2006, the court vacated this order because movant's appeal was pending in the Ninth Circuit. The court directed respondent to inform the court when the appellate decision was finished.

        On August 20, 2007, movant informed the court that the appellate decision was finished. Good cause appearing, respondent is now directed to file an answer to the motion.

/////

1

1    Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this
2 order, respondent shall file an answer; respondent shall include with the answer any and all
3 transcripts or other documents relevant to the determination of the issues presented in the motion.
4 Rule 5, Rules Governing Section 2255 Proceedings.  Movant's reply, if any, is due on or before
5 thirty days from the date respondent's answer is filed.
6 DATED: 8/30/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

10 sine.206