IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                     No. CR S-02-0079 FCD GGH P

    vs.

WESLEY SINE,

    Movant.                                          <u>ORDER</u>

_____/

Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment. All previous, outstanding orders shall remain in effect.

DATED: 08/05/08

                                        /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
sine0079.rec