IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                        No. CR S-02-0079 FCD CHS P

    vs.

WESLEY F. SINE,

    Movant.                                        <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 10, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Movant has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 10, 2009 are adopted in full; and

2. Movant's June 5, 2006 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. §2255 is DENIED.

DATED: July 23, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE